BENJAMIN F. BOWEN, *as Administrator, etc., Respondent, v.* KINSEY WIDNER, *Appellant.* — Appeal dismissed. Opinion by TAL-COTT, P. J.

CHARLES H. GETMAN, *Assignee, etc., Appellant, v.* THE SECOND NATIONAL BANK OF OSWEGO, *Respondent.*— Judgment affirmed. Opinion by TALCOTT, P. J.

JAMES M. GOODWIN and others, *Respondents, v.* GEORGE W. GRIFFIS, *as Sheriff, etc., Appellant.*— Judgment affirmed on opinion of Mr. Justice BARKER, at Special Term.

HIRAM W. KILBURN, *Respondent, v.* FRANK S. LOW, *Sheriff, etc., Appellant.*— Judgment reversed, and new trial ordered before another referee, costs to abide event. Opinion by TALCOTT, P. J.

DEWITT C. PAINE, *Executor, etc., Respondent, v.* JEROME TUTTLE, *Appellant.*— Judgment affirmed.

WATSON GILL, *Appellant, v.* THE AMERICAN EXPRESS COMPANY, *Respondent.*— Judgment of the County Court affirmed. Opinion by SMITH, J.; HARDIN, J., not sitting.

JUSTUS S. F. CRIM, *Respondent, v.* RUFUS G. STARKWEATHER, *Impleaded, etc., Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, J.

EZRA W. ACER, *Appellant, v.* LEVI HOTCHKISS, *Impleaded, etc., Respondent.*

THOMAS F. BAKER and others, *Respondents, v.* LEVI HOTCHKISS and others, *Appellants.*— Cases declined to be decided on account of defects in the appeal books. Mem. by HARDIN, J.

HENRY L. HALL, *Respondent, v.* CORNELIA E. JAMES, *Impleaded, etc., Appellant.*— Judgment affirmed. Opinion by SMITH, J.

ALLEN MEAD, *Respondent, v.* THE SYRACUSE AND CORNING RAILWAY COMPANY, *Appellant.*— Judgment of the County Court and of the justice reversed. Opinion by HARDIN, J.

MARTIN S. CUYKENDALL, *as Receiver, etc., v.* ERASTUS CORNING, JR., *as Executor, etc.*— New trial denied and judgment ordered for plaintiff on the verdict. Opinion by HARDIN, J.

SARAH J. GILBERT, *Appellant, v.* HARRIET A. COMSTOCK and another, *Respondents.*— Decree of surrogate affirmed, with costs, and proceedings remitted to the surrogate of Livingston county. Opinion by HARDIN, J.

JOHN HANDYSIDE, *Appellant, v.* NANCY KELLY and another, *Administratrix, Respondents.*— Judgment of County Court reversed, and that of the justice affirmed. Opinion by HARDIN, J.

LYDIA A. SYKES, *Administratrix, etc., Respondent, v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Appellant.*— Judgment affirmed. Opinion by SMITH, J.